UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Mariano Laboy,

    Plaintiff,

- against -

Safra Asset Management Corp.,

    Defendant.
----------------------------------------X

08 Civ. 3366 (BSJ)(FM)

STIPULATION

**ORIGINAL**

    IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties that the time for defendant to answer, move or otherwise respond to the Complaint in this action is extended to June 11, 2008.

    IT IS FURTHER STIPULATED THAT this stipulation may be signed in counterparts and copies of original executions shall be deemed original.

Dated:    New York, New York
          May 19, 2008

LAW OFFICES OF
ROBERT L. KRASELNIK, PLLC

By: _____
Robert L. Kraselnik (RK-0684)
Attorneys for Plaintiff
40 Wall Street, 28th Floor
New York, New York 10005
(212) 400-7160

EPSTEIN, BECKER & GREEN, P.C.

By: _____
James G. Murphy (JM-9352)
Attorneys for Defendant
250 Park Avenue
New York, New York 10177
(212) 351-4500

SO ORDERED:

_____
United States District Judge
    Magistrate

_____5/20/08_____
Date

235168 v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08