UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARIANO LABOY, on behalf of himself and others similarly situated,

                 Plaintiff,

- against -

SAFRA ASSET MANAGEMENT CORPORATION d/b/a SAFRA NATIONAL BANK OF NEW YORK,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 08 CV 03366 (BSJ)(FM)

**DEFENDANT'S RULE 7.1 STATEMENT**

     Defendant Safra National Bank of New York (incorrectly named in the caption as "Safra Asset Management Corporation d/b/a Safra National Bank of New York" and hereinafter "Defendant"), by its attorneys, Epstein Becker & Green, P.C., provides the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

     Safra National Bank of New York is not a publicly traded corporation and no publicly held corporation owns 10% or more of its stock. Safra National Bank of New York's corporate parent is Safra New York Corporation. (For purposes of clarification, Safra National Bank of New York is not a d/b/a of Safra Asset Management Corporation. Safra Asset Management Corporation is also a subsidiary of Safra New York Corporation, is not publicly held, and no publicly held corporation owns 10% or more of its stock.)

Dated: June 11, 2008

                                         EPSTEIN BECKER & GREEN, P.C.

                                         By: _____s/James G. Murphy_____
                                                James G. Murphy
                                         250 Park Avenue
                                         New York, New York 10177
                                         (212) 351-4500
                                         jmurphy@ebglaw.com
                                         Attorneys for Defendant

NY:2666384v1