UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**COURTESY COPY**

------------------------------------- x
MARIANO LABOY, on behalf of himself and others similarly situated,

                Plaintiff,

    - against -

SAFRA ASSET MANAGEMENT CORPORATION d/b/a SAFRA NATIONAL BANK OF NEW YORK,

                Defendant.
------------------------------------- x

**ECF CASE**

Case No.: 08 CV 03366 (BSJ)(FM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Mariano Laboy and Safra National Bank of New York, that plaintiff's Complaint, and this action, including all claims brought under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., are dismissed with prejudice. Each side will bear its own costs and expenses, including their attorneys' fees, costs and disbursements.

New York, New York
July 11, 2008

THE LAW OFFICES OF
ROBERT L. KRASELNIK, PLLC

By: _____
   Robert L. Kraselnik
   robert@kraselnik.com

40 Wall Street, 28th Floor
New York, New York 10005
(212) 400-7160
Attorney for Plaintiff

EPSTEIN BECKER & GREEN, P.C.

By: _____
   James G. Murphy
   jmurphy@ebglaw.com
   Robert R. Barravecchio
   rbarravecchio@ebglaw.com

250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant

SO ORDERED: _____
U.S.D.J.
7/24/08